UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   2007 DEC 18  P 3: 30

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. __07mj2848__ |
| Plaintiff | ) | |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Jesse Benevides | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Esther Gonzalez-Diaz

DATED: __12/18/07__

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR
W. SAMUEL HAMRICK, JR.  Clerk
by _____
      Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082