FILED
07 DEC 19 PM 3:08
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

07 CR 3404 JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) – Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(iii) – Transportation of Illegal Aliens Causing Serious Bodily Injury and Aiding and Abetting; Title 8, U.S.C., Secs. 1326(a) and (b) – Deported Alien Found in the United States |
| JESSE BENAVIDES JR. (1), JOSE JUAN FERNANDEZ-FERNANDEZ (2), aka Jose Becerra-Casillas, | |
| Defendants. | |

The grand jury charges:

Count 1

On or about December 7, 2007, within the Southern District of California, defendants JESSE BENAVIDES JR. and JOSE JUAN FERNANDEZ-FERNANDEZ, aka Jose Becerra-Casillas, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Esther Gonzalez-Diaz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in

CJB:nlv(1):San Diego
12/18/07

violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 2

On or about December 7, 2007, within the Southern District of California, defendants JESSE BENAVIDES JR. and JOSE JUAN FERNANDEZ-FERNANDEZ, aka Jose Becerra-Casillas, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Esther Gonzalez-Diaz, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law, and during and in relation to which the defendants placed in jeopardy the life of said alien and caused serious bodily injury to United States and Customs and Border Patrol Agent M. Hansen; all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(iii).

### Count 3

On or about December 7, 2007, within the Southern District of California, defendants JESSE BENAVIDES JR. and JOSE JUAN FERNANDEZ-FERNANDEZ, aka Jose Becerra-Casillas, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Omar Abraham Rojas-Rojas, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

#### Count 4

On or about December 7, 2007, within the Southern District of California, defendants JESSE BENAVIDES JR. and JOSE JUAN FERNANDEZ-FERNANDEZ, aka Jose Becerra-Casillas, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Omar Abraham Rojas-Rojas, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law, and during and in relation to which the defendants placed in jeopardy the life of said alien and caused serious bodily injury to United States and Customs and Border Patrol Agent M. Hansen; all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(iii).

#### Count 5

On or about December 7, 2007, within the Southern District of California, defendants JESSE BENAVIDES JR. and JOSE JUAN FERNANDEZ-FERNANDEZ, aka Jose Becerra-Casillas, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gabriel Hernandez-Cortez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//

<u>Count 6</u>

On or about December 7, 2007, within the Southern District of California, defendants JESSE BENAVIDES JR. and JOSE JUAN FERNANDEZ-FERNANDEZ, aka Jose Becerra-Casillas, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gabriel Hernandez-Cortez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law, and during and in relation to which the defendants placed in jeopardy the life of said alien and caused serious bodily injury to United States and Customs and Border Patrol Agent M. Hansen; all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(iii).

<u>Count 7</u>

On or about December 7, 2007, within the Southern District of California, defendants JESSE BENAVIDES JR. and JOSE JUAN FERNANDEZ-FERNANDEZ, aka Jose Becerra-Casillas, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victorino Diaz-Reyes, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//

## Count 8

On or about December 7, 2007, within the Southern District of California, defendants JESSE BENAVIDES JR. and JOSE JUAN FERNANDEZ-FERNANDEZ, aka Jose Becerra-Casillas, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victorino Diaz-Reyes, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law, and during and in relation to which the defendants placed in jeopardy the life of said alien and caused serious bodily injury to United States and Customs and Border Patrol Agent M. Hansen; all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(iii).

## Count 9

On or about December 7, 2007, within the Southern District of California, defendant JOSE JUAN FERNANDEZ-FERNANDEZ, aka Jose Becerra-Casillas, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//
//
//

1 |      It is further alleged that defendant JOSE JUAN FERNANDEZ-
2 | FERNANDEZ, aka Jose Becerra-Casillas, was removed from the United
3 | States subsequent to September 1, 1992.
4 |      DATED: December 19, 2007.

A TRUE BILL:

*[signature]*

Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
CARLA J. BRESSLER
Assistant U.S. Attorney