UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07cr3404 JLS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 07MJ2848 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Benavides, et al | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,   **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

**Victorino Diaz-Reyes**

DATED: 12/20/07

**Barbara Lynn Major**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk