UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> JESSE BENAVIDES (1) ) <br> JOSE JUAN FERNANDEZ-FERNANDEZ ) <br> Defendant(s) (2) ) | CRIMINAL NO. 07CR3404-JLS <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

OMAR ABRAHAM ROJAS-ROJAS

DATED: 12/27/07

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082