1  **ROSELINE D. FERAL**
   Attorney at Law
2  State Bar No.128788
   444 West "C" Street, Suite 310
3  San Diego, California 92101
   Telephone:   (619) 232-1010
4  Facsimile:   (619) 231-2505

5  Attorney for Defendant
   **JOSE JUAN FERNANDEZ-FERNANDEZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATERS OF AMERICA, | ) | Case No. 07CR3404JLS |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | |
| | ) | **MOTION TO JOIN CO-DEFENDANT** |
| | ) | **IN MOTION FOR DISCOVERY** |
| JOSE JUAN FERNANDEZ-FERNANEZ, | ) | |
| Defendants. | ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      REBEKAH W. YOUNG, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE THAT JOSE JUAN FERNANDEZ-FERNANDEZ, the defendant, by and through his counsel, Roseline D. Feral, hereby provides notice of his joinder in the following pretrial motions filed by co-defendant attorney Michael Messina: (1) Motion for Discovery filed on or about January 8, 2008 and scheduled for hearing on January 23, 2008, at 1:30 p.m.

Roseline D. Feral stipulates that she will be in court on January 23, 2008, at 1:30 p.m. with her client JOSE JUAN FERNANDEZ-FERNANDEZ.

Dated: January 18, 2008

Respectfully submitted,

/s/
ROSELINE D. FERAL

Attorney for defendant
JOSE JUAN FERNANDEZ-FERNANDEZ