

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff,               )<br>                                    )<br>     v.                             )<br>                                    )<br>JOSE JUAN FERNANDEZ-FERNANDEZ       )<br>aka Jose Becerra-Casillas,          )<br>                                    )<br>          Defendant.                )<br>                                    )<br>_____) | Criminal Case No. 07CR3404-JLS<br><br>I N F O R M A T I O N<br>**Superseding**<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(I) and (v)(II)<br>- Bringing in Illegal Aliens and<br>Aiding and Abetting<br>Title 21, U.S.C.,<br>Sec. 962, 960 - Importation of<br>Marijuana |

The United States Attorney charges:

<u>Count 1</u>

On or about December 7, 2007, within the Southern District of California, defendant JOSE JUAN FERNANDEZ-FERNANDEZ, with the intent to violate the immigration laws of the United States, did bring or attempt to bring to the United States an alien, namely, Esther Gonzalez-Diaz, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of 8 U.S.C. §§ 1324(a)(1)(A)(i) and (v)(II).

<u>Count 2</u>

On or about December 7, 2007, within the Southern District of California, defendant JOSE JUAN FERNANDEZ-FERNANDEZ, did knowingly and intentionally import approximately 13 kilograms/28 pounds of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of 21 U.S.C. §§ 952 and 960.

DATED: 4/25/08

KAREN P. HEWITT
United States Attorney

REBEKAH W. YOUNG
Assistant U.S. Attorney