AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
APR 25 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE JUAN FERNANDEZ-FERNANDEZ | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 07CR3404-JLS |

I, JOSE JUAN HERNANDEZ-HERNANDEZ, the above-named defendant, who is accused of committing the following offenses:

> Bringing in Illegal Aliens and Aiding and Abetting, on or about December 7, 2007, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II), and Importation of Marijuana, on or about December 7, 2007, in violation of Title 21, U.S.C., Secs. 952, 960

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 4/25/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Jose Juan Fernandez Fernandez*
JOSE JUAN FERNANDEZ-FERNANDEZ
Defendant

*[signature]*
ROSALYN FERAL
Defense Counsel for
JOSE JUAN FERNANDEZ-FERNANDEZ

Before *[signature]*
Judicial Officer

44